UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**

JAMES J. VILT, JR. - CLERK

MAY - 6 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ANTONIO TAYLOR** (Counts 1-3, 11, 15-20)
**TERRY MATTHEWS** (Counts 1, 4-12)
**DYLAN BRADLEY** (Counts 1, 19, 21, 23-25)
**DEMETRIUS BROWN** (Counts 1, 12, 13, 22)
**DOMINIC MCCRAY** (Counts 14)
**JOSHUA JAMES** (Counts 1, 18)
**GREGORY JACKSON** (Counts 1, 20)
**THAI QUOC TRAN** (Count 21)
**DEVON WILSON** (Count 26)

INDICTMENT

NO. 3:25 CR 84 DJH

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
26 U.S.C. § 5841
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Conspiracy to Possess with Intent to Distribute Fentanyl)*

Beginning on a date unknown to the Grand Jury, but at least as early as August 21, 2024,

and continuing to on or about and through October 23, 2024, in the Western District of Kentucky,

Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR**, **TERRY MATTHEWS**,

**DEMETRIUS BROWN**, **JOSHUA JAMES**, **DYLAN BRADLEY**, and **GREGORY**

**JACKSON**, knowingly and intentionally conspired with others, known and unknown to the Grand

Jury, to possess with intent to distribute controlled substances, to include 400 grams or more of a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

COUNT 2
*(Distribution of Fentanyl)*

On or about August 22, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTONIO TAYLOR**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 3
*(Distribution of Fentanyl)*

On or about August 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTONIO TAYLOR**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 4
*(Distribution of Fentanyl)*

On or about September 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR** and **TERRY MATTHEWS**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(A), and Title 18, United States Code, Section 2.


The Grand Jury further charges:

## COUNT 5
*(Distribution of Fentanyl)*

On or about September 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR** and **TERRY MATTHEWS**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6
### *(Distribution of Fentanyl)*

On or about September 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY MATTHEWS**, aided and abetted by others, known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and Title 18, United States Code, Section 2.


The Grand Jury further charges:

## COUNT 7
### *(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about September 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY MATTHEWS**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).


The Grand Jury further charges:

## COUNT 8
### *(Firearms Trafficking)*

On or about September 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY MATTHEWS**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit a Taurus International, model GX4, 9

millimeter pistol, bearing serial number 1GA42044; and a Taurus International, model G3, 9 millimeter pistol, bearing serial number ABD472093, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1) and (b).

The Grand Jury further charges:

## COUNT 9
*(Possession of a Firearm by a Prohibited Person)*

On or about September 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY MATTHEWS**, knowingly possessed, in and affecting commerce, a Taurus International, model GX4, 9 millimeter pistol, bearing serial number 1GA42044; a Taurus International, model G3, 9 millimeter pistol, bearing serial number ABD472093; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 9, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0487, **TERRY MATTHEWS**, was convicted of the offense of Flagrant Non-Support.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 10
*(Distribution of Controlled Substance)*

On or about September 23, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY MATTHEWS**, aided and abetted by others, known and unknown to the Grand Jury, knowingly and intentionally distributed a mixture and substance

containing a detectable amount of N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (p-Fluorofentanyl), a Schedule I controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 11
*(Distribution of Fentanyl)*

On or about September 24, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR** and **TERRY MATTHEWS**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 12
*(Distribution of Fentanyl)*

On or about October 14, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **TERRY MATTHEWS**, and **DEMETRIUS BROWN**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-

[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 13
*(Possession of a Firearm by a Prohibited Person)*

On or about October 14, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEMETRIUS BROWN**, knowingly possessed, in and affecting commerce, a Glock, model 23, .40 caliber pistol, bearing serial number LHA174; a Taurus, model G3C, 9 millimeter pistol, bearing serial number ACB546175; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about July 17, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-1617, **DEMETRIUS BROWN**, was convicted of the offenses of Assault in the Second Degree, Criminal Mischief in the First Degree, Receiving Stolen Firearm, and Wanton Endangerment in the First Degree.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 14
*(Possession of Unregistered Firearm)*

On or about October 14, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DOMINIC MCCRAY**, knowingly received and possessed a firearm, to wit: an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number

21389339, with a barrel measuring less than 16 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

The Grand Jury further charges:

### COUNT 15
*(Distribution of Fentanyl)*

On or about October 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTONIO TAYLOR**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

### COUNT 16
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about October 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTONIO TAYLOR**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 17
*(Possession of a Firearm by a Prohibited Person)*

On or about October 15, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTONIO TAYLOR**, knowingly possessed, in and affecting commerce, a Glock, model 19, 9 millimeter pistol, bearing serial number BSKF879, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 21, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1377, **ANTONIO TAYLOR**, was convicted of the offenses of Possession of a Handgun by a Convicted Felon, and Trafficking in a Controlled Substance First Degree Unspecified Less Than Ten Dosage Units (two counts).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 18
*(Distribution of Fentanyl)*

On or about October 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR** and **JOSHUA JAMES**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 19
*(Distribution of Fentanyl)*

On or about October 22, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR** and **DYLAN BRADLEY**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 20
*(Distribution of Fentanyl)*

On or about October 23, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTONIO TAYLOR** and **GREGORY JACKSON**, aided and abetted by each other, and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 21
*(Distribution of Methamphetamine)*

On or about November 7, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **DYLAN BRADLEY** and **THAI QUOC TRAN**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 22
*(Distribution of Fentanyl)*

On or about December 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEMETRIUS BROWN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 23
*(Distribution of Fentanyl)*

On or about December 11, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DYLAN BRADLEY**, knowingly and intentionally distributed 40 grams

or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 24
*(Distribution of Fentanyl)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DYLAN BRADLEY**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 25
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DYLAN BRADLEY**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 26

*(Possession of a Firearm by a Prohibited Person)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVON WILSON**, knowingly possessed, in and affecting commerce, a Taurus, model G3C, .40 caliber pistol, bearing serial number AED326234, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about July 16, 2024, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 23-CR-2096, **DEVON WILSON**, was convicted of the offense of Flagrant Non-Support; and

> On or about January 9, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-3319, **DEVON WILSON**, was convicted of the offense of Trafficking in a Controlled Substance in the First Degree, Schedule I Heroin Less Than Two Grams.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), and 846 as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **ANTONIO TAYLOR**, **TERRY MATTHEWS**, **DEMETRIUS BROWN**, **JOSHUA JAMES**, **DYLAN BRADLEY**, **THAI QUOC TRAN**, and **GREGORY JACKSON**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations (including but not limited to all firearms and ammunition).

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), 924(c), and 933, and Title 26, United States Code, Sections 5841, 5861(d), and 5871, as specifically charged in this Indictment, the defendants, **ANTONIO TAYLOR**, **TERRY MATTHEWS**, **DEMETRIUS BROWN**, **DOMINIC MCCRAY**, and **DEVON WILSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to: a Taurus International, model GX4, 9 millimeter pistol, bearing serial number 1GA42044; a Taurus International, model G3, 9 millimeter pistol, bearing serial number ABD472093; a Glock, model 23, .40 caliber pistol, bearing serial number LHA174; a Taurus, model G3C, 9 millimeter pistol, bearing serial number ACB546175; an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 21389339; a Glock, model 19, 9 millimeter pistol, bearing serial number BSKF879; a Taurus, model G3C, .40 caliber pistol, bearing serial number AED326234; and assorted ammunition.

A TRUE BILL.

Redacted

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:05/06/2025

UNITED STATES OF AMERICA v. ANTONIO TAYLOR, ET AL.

## P E N A L T I E S

| | |
|---|---|
| Counts 1, 4, 21: | NL 10 yrs./NM Life/$10,000,000/both/NL 5yrs. Supervised Release (each count) (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior conviction)) (each count) |
| Counts 2, 3, 5, 6, 11, 15, 18, 19, 20, 22, 23, 24: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release (each count) (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) (each count) |
| Counts 8, 9, 13, 17, 26: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 10, 12: | NM 20 yrs./$1,000,000/both/NL 3yrs. Supervised Release (each count) (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release with notice of one prior conviction) (each count) |
| Counts 7, 15, 25: | NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release (each count) |
| Count 14: | NM 10 yrs./NM $10,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.    INTEREST and PENALTIES as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No INTEREST will accrue on fines under $2,500.00.

INTEREST will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

PENALTIES of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.    Recordation of a LIEN shall have the same force and effect as a tax lien.

3.    Continuous GARNISHMENT may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.